UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| NATIONAL ASSOCIATION OF THE DEAF, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>HARVARD UNIVERSITY and the PRESIDENT AND FELLOWS OF HARVARD COLLEGE,<br><br>Defendants.<br>_____ | )<br>)<br>)<br>)<br>)<br>)<br>)  Civil Action No. 3:15-cv-30023-MGM<br>)<br>)<br>)<br>)<br>)<br>) |

NOTICE OF APPEARANCE

Pursuant to L.R. 83.5.2, please enter the appearance of the undersigned as counsel for the United States of America in conjunction with the simultaneously-filed "United States' Motion for Leave to Exceed the Twenty Page Limit in its Statement of Interest of the United States of America" in the above-captioned matter.

Respectfully submitted,

*/s/ Charlotte Lanvers*
CHARLOTTE LANVERS
Trial Attorney
Disability Rights Section
Civil Rights Division
United States Department of Justice
950 Pennsylvania Avenue, N.W. (NYA)
Washington, D.C. 20530
Telephone: (202) 305-0706
Dated: June 22, 2015          Email: charlotte.lanvers@usdoj.gov

**CERTIFICATE OF SERVICE**

I hereby certify that this Notice of Appearance, filed through the CM/ECF system on this 22nd day of June, 2015, will be sent electronically to the registered participates as identified on the Notice of Electronic Filing (NEF). I am not aware of any non-registered participants, so electronic filing is the sole means of service of this document.

Respectfully submitted,
*/s/ Charlotte Lanvers*
CHARLOTTE LANVERS
Trial Attorney
Disability Rights Section
Civil Rights Division
United States Department of Justice
950 Pennsylvania Avenue, N.W. (NYA)
Washington, D.C. 20530
Telephone: (202) 305-0706
Email: charlotte.lanvers@usdoj.gov

*Counsel for the United States of America*