# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| NATIONAL ASSOCIATION OF THE DEAF, *et al.*, | ) ) ) |
| Plaintiffs, | ) ) |
| v. | ) ) ) |
| HARVARD UNIVERSITY and the PRESIDENT AND FELLOWS OF HARVARD COLLEGE, | ) ) ) ) |
| Defendants. | ) ) ) |

Civil Action No. 3:15-cv-30023-MGM

### THE UNITED STATES' MOTION FOR LEAVE TO EXCEED THE TWENTY PAGE LIMIT IN ITS STATEMENT OF INTEREST

The United States respectfully requests leave to file a Statement of Interest of no more than 25 pages pursuant to L.R. 7.1(b)(4). The United States requires additional pages to respond to the regulatory and statutory issues raised in Defendants' 35-page motion. The United States believes the argument and citation in the additional pages will materially aid the Court in its consideration of Defendants' Motion.

### LOCAL RULE 7.1(A)(2) CERTIFICATION

I certify that, pursuant to Local Rule 7.1(a)(2), counsel for the United States conferred with Plaintiffs' counsel and Defendants' counsel and attempted in good faith to resolve or narrow the issues. Plaintiffs and Defendants assent to the relief requested herein.

*/s/ Charlotte Lanvers*
CHARLOTTE LANVERS

                                                  Respectfully submitted,

                                                  */s/ Charlotte Lanvers*
                                                  CHARLOTTE LANVERS
                                                  Trial Attorney
                                                  Disability Rights Section
                                                  Civil Rights Division
                                                  United States Department of Justice
                                                  950 Pennsylvania Avenue, N.W. (NYA)
                                                  Washington, D.C. 20530
                                                  Telephone: (202) 305-0706
Dated: June 22, 2015                          Email: charlotte.lanvers@usdoj.gov

**CERTIFICATE OF SERVICE**

I hereby certify that this Notice of Appearance, filed through the CM/ECF system on this 22nd day of June, 2015, will be sent electronically to the registered participates as identified on the Notice of Electronic Filing (NEF).  I am not aware of any non-registered participants, so electronic filing is the sole means of service of this document.

    Respectfully submitted,
    */s/ Charlotte Lanvers*
    CHARLOTTE LANVERS
    Trial Attorney
    Disability Rights Section
    Civil Rights Division
    United States Department of Justice
    950 Pennsylvania Avenue, N.W. (NYA)
    Washington, D.C. 20530
    Telephone: (202) 305-0706
    Email: charlotte.lanvers@usdoj.gov

    *Counsel for the United States of America*