UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| NATIONAL ASSOCIATION OF THE DEAF, on behalf of its members, C. WAYNE DORE, CHRISTY SMITH, LEE NETTLES, on behalf of themselves and a proposed class of similarly situated persons defined below,<br><br>Plaintiffs,<br><br>v.<br><br>HARVARD UNIVERSITY, and PRESIDENT AND FELLOWS OF HARVARD COLLEGE,<br><br>Defendants. | Civil Action No. 15-30023-KAR |

## JOINT MOTION TO STAY

Plaintiffs National Association of the Deaf ("NAD"), on behalf of its members, C. Wayne Dore, Christy Smith, and Lee Nettles, on behalf of themselves and a proposed class of similarly situated persons (collectively, "Plaintiffs") and Defendants Harvard University and President and Fellows of Harvard College (collectively, "Defendants") jointly and respectfully move for an extension of the current stay of all proceedings, including discovery, in this Court until Wednesday July 31, 2019, while Plaintiffs and Defendants continue to explore a mutually agreeable settlement of this case.

The grounds for this Motion are as follows:

1. On May 10, 2019, the Court granted the parties' joint request for a stay of all proceedings while the parties re-entered settlement negotiations. *See* Dkt. 177. That stay expired on May 31, 2019. *Id.*

2.	On June 3, 2019, the Court directed the parties to file a joint submission by June 7, 2019.  *See* Dkt. 178.

3.	Since the prior stay elapsed, the parties have continued settlement discussions and now believe that a renewal of the stay of all proceedings while they continue negotiating a potential settlement would be in the interests of justice and judicial efficiency.

4.	The Court has the authority to stay the proceedings on its docket.  *See, e.g.*, *Landis v. North American Co.*, 299 U. S. 248, 254 (1936) ("[T]he power to stay proceedings is incidental to the power inherent in every court to control the disposition of the causes on its docket with economy of time and effort for itself, for counsel, and for litigants.").

5.	The parties propose that on or before July 31, 2019, they will file a joint memorandum with the Court on the status of the negotiations.

WHEREFORE, Plaintiffs and Defendants respectfully move that the Court enter an Order staying all proceedings, including discovery, until July 31, 2019, pending the outcome of the parties' settlement negotiations.

Dated: June 7, 2019

**PLAINTIFFS:**

By: /s/ Joseph M. Sellers
Joseph M. Sellers (*pro hac vice*)
Shaylyn Cochran (*pro hac vice*)
COHEN MILSTEIN SELLERS & TOLL PLLC
1100 New York Ave NW, Fifth Floor
Washington DC 20005
Tel.: 202.408.4600
jsellers@cohenmilstein.com
scochran@cohenmilstein.com

Arlene Mayerson (*pro hac vice*)
Namita Gupta (*pro hac vice*)
DISABILITY RIGHTS EDUCATION AND DEFENSE FUND, INC.
3075 Adeline Street Suite 210
Berkeley, CA 94703
Tel: 510.644.2555
amayerson@dredf.org
ngupta@dredf.org

Thomas P. Murphy (BBO# 630527)
DISABILITY LAW CENTER, INC.
32 Industrial Drive East
Northampton, MA 01060
Tel.: 413.584.6337
tmurphy@dlc-ma.org

Amy Farr Robertson (*pro hac vice*)
CIVIL RIGHTS EDUCATION AND ENFORCEMENT CENTER
104 Broadway, Suite 400
Denver, CO 80203
Tel.: 303.757.7901
arobertson@creeclaw.org

Caitlin Parton (BBO# 690970)
DISABILITY LAW CENTER, INC.
11 Beacon Street, Suite 925
Boston MA 02108
Tel.: 617.723.8455
cparton@dlc-ma.org

Respectfully submitted,

**DEFENDANT:**

By: /s/ Roberto M. Braceras
Roberto M. Braceras (BBO# 566816)
Jennifer B. Luz (BBO# 657739)
GOODWIN PROCTER LLP
100 Northern Avenue
Boston, MA 02210
Tel.: 617.570.1000
rbraceras@goodwinlaw.com
jluz@goodwinlaw.com

William M. Jay (*pro hac vice*)
Andrew Kim (*pro hac vice*)
901 New York Avenue NW
Washington, DC 20001
Tel.: 202.346.4000
wjay@goodwinlaw.com
andrewkim@goodwinlaw.com

Janet Grumer (*pro hac vice*)
Davis Wright Tremaine LLP
865 S. Figueroa Street, Suite 2400
Los Angeles, CA 90017
Tel.: 213.633.6866
janetgrumer@dwt.com

Marc P. Charmatz (*pro hac vice*)
8630 Fenton Street, Suite 820
Silver Spring, MD 20910
Tel.: 301.587.1788
marc.charmatz@nad.org

## CERTIFICATE OF SERVICE

I hereby certify that, on June 7, 2019, the foregoing document was served upon all counsel of record through this Court's electronic filing system as identified in the Notice of Electronic Filing.

                                                 */s/ Joseph M. Sellers*
                                                 Joseph M. Sellers
                                                 *Pro Hac Vice*